# CERTIFICATE OF SERVICE

*Cornejo vs. Tumlin, et al.*
Case No. 3:20-cv-05813-CRB

I, Anna L. Hill, certify/declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.  On September 8, 2020, I served the attached:

- **DEFENDANTS DAN SCANLAN'S, TEGSCO LLC D/B/A SAN FRANCISCO AUTORETURN'S, AND NELSON TOW'S ANSWER TO PLAINTIFF'S COMPLAINT**

on the interested party(ies) named below:

Marimar Cornejo
391 Ellis Street
San Francisco, California  94102
Phone:  415-767-6676
Email:  marimarcornejo95@gmail.com

*Plaintiff in Pro Per*

I served the attached document(s) in the manner indicated below:

☒ **BY MAIL:**  I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone Emblidge & Rubens LLP, 220 Montgomery, Suite 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es).  In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☐ **BY PERSONAL SERVICE**:  I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

☐ **BY FACSIMILE**:  I caused a copy(ies) of such document(s) to be transmitted via facsimile machine.  The fax number of the machine from which the document was transmitted was (415) 362-2006.  The fax number(s) of the machine(s) to which the document(s) were transmitted are listed above.  The fax transmission was reported as complete and without error.

☐ **BY FEDERAL EXPRESS OVERNIGHT**: I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone Emblidge & Rubens LLP, 220 Montgomery Street, Suite 2100, San Francisco, California, 94104, for collection and mailing with Federal Express. I am informed that there is delivery service by Federal Express at the address(es) of the addressee(s) named above. In the ordinary course of business, correspondence placed for collection on a particular day is deposited with Federal Express that same day.

☐ **BY CERTIFIED MAIL**: I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s), certified mail, return receipt requested, addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone Emblidge & Rubens LLP, 220 Montgomery, Suite 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

☒ **BY ELECTRONIC MAIL:** I caused true and correct copies of the above documents to be sent via e-serve via the U.S. District Court's CM/ECF system to the e-mail addressee(s) named above. I did not receive, within a reasonable amount of time after the transmission, any electronic message other indication that the transmission was unsuccessful.

I certify/declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 8, 2020, at San Francisco, California.

                        */s/ Anna L. Hill*
                        Anna L. Hill