DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
NATASSIA KWAN, State Bar #294322
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4272 [Kwan]
Telephone:    (415) 554-3888 [Rollan]
Facsimile:    (415) 554-3837
E-Mail:       natassia.kwan@sfcityatty.org
E-Mail:       raymond.rollan@sfcityatty.org

Attorneys for Defendants
JEFFREY TUMLIN AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIMAR CORNEJO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFREY TUMLIN, officially as Director of Transportation of the San Francisco Municipal Transportation Agency; the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; DAN SCANLAN, individually; TEGSCO, LLC d/b/a SAN FRANCISCO AUTORETURNL SAN FRANCISCO AUTORETURN, LLC; PACIFIC GAS AND ELECTRIC COMPANY; CAMERON A. HALE, in his capacity as CEO of ALVAH CONTRACTORS INC.; ALVAH CONTRACTORS INC., NELSONS TOW<br><br>    Defendants. | Case No. 20-cv-05813 CRB<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Civil Local Rule 6-3, Defendant City and County of San Francisco, Jeffrey Tumlin, and San Francisco Municipal Transportation Agency,[1] ("City Defendants") respectfully move for an Extension of Time to Respond to Plaintiff Marimar Cornejo's ("Plaintiff") Complaint. City Defendants seek a 30-day extension, or October 9, 2020, to provide its response

**A.     Good Cause for Extending Time**

Good cause exists for extending City Defendants' time to respond to Plaintiff's Complaint. Plaintiff's Complaint was filed on August 17, 2020. On August 19, 2020, the City Attorney's Office received by certified mail a copy of the summons and the complaint, making September 9, 2020 the deadline for City Defendants to answer or otherwise respond to the Complaint. Deputy City Attorney Raymond R. Rollan was assigned this matter on September 2, 2020. (Declaration of Raymond R. Rollan ("Rollan Decl." at ¶ 2.)

On February 25, 2020, San Francisco Mayor London Breed issued a Proclamation by the Mayor Declaring the Existence of a Local Emergency under Sections 8550, et seq. of the Government Code, Section 3.100(13) of the San Francisco Charter, and Chapter 7 of the San Francisco Administrative Code, establishing the existence of an emergency within the City and County of San Francisco due to the ongoing spread of COVID-19. On March 4, 2020, California Governor Gavin Newsom issued a Proclamation of a State of Emergency under Section 8625 of the California Government Code and the California Emergency Services Act, establishing the existence of a state of emergency throughout California due to COVID-19. On March 11, 2020, the Health Officer of the City and County of San Francisco declared that there is an imminent and proximate threat to public health from the introduction of COVID-19 in the City and County of San Francisco. Measures instituted by private and government entities to protect public health and limit the spread of COVID-19 include the suspension of work and the temporary closure of offices.

---

[1] Although Plaintiff purports to name as a defendant the San Francisco Municipal Transportation Agency, that department of the City and County of San Francisco is not an independent public corporation and does not have the power to sue or be sued. *See Bauer v. County of Ventura*, 45 Cal.2d 276, 288-289 (1955); *compare* Cal. Gov't Code §§ 23000, 23004(a). Accordingly, the City and County of San Francisco and Jeffrey Tumlin are the only two named defendants in this action.

Consistent with other measures designed to protect public health and contain the pandemic, on March 15, 2020, San Francisco City Attorney Dennis Herrera directed employees to telework, effective March 16, 2020 until further notice. (Rollan Decl. ¶ 3). The pandemic has tremendously impacted office operations and responsiveness. City Defendants are still in the process of gathering and reviewing pertinent records in order to fully evaluate the claims raised in the Complaint. (Rollan Decl. ¶ 4).

More importantly, counsel for City Defendants, Raymond R. Rollan, serves as lead counsel and is currently in a civil jury trial in San Francisco Superior Court, *Trinidad Chavez v. CCSF,* CGC-19-57384*,* which commenced on August 31, 2020 and is still ongoing. Additionally, Mr. Rollan serves as lead counsel in another civil jury trial in San Francisco Superior Court, *Sharon Brown/Jamila Swain v. CCSF,* CGC-17-558282, set for trial September 21, 2020-October 3, 2020. These obligations have impacted counsel's ability to meaningfully assess the merits of the case at this juncture. (Rollan Decl. ¶ 5).

**B.     Efforts To Obtain Stipulation**

Defense counsel called Plaintiff on September 9, 2020 to inquire whether she is agreeable to a stipulation to extend City Defendants' response to the Complaint. Plaintiff did not answer her cell phone. Defense counsel has not had an opportunity to reach out to Plaintiff earlier due to trial obligations.

**C.     Substantial Harm and Prejudice**

**City** Defendants will suffer harm should an extension of time be denied. Specifically, as noted above, Defense counsel has not had an opportunity to thoroughly assess the legal issues identified in the Complaint to determine the City's response strategy.

**D.     Previous Time Modifications**

There have been no time modifications in this matter.

**E.     Effect on Schedule of the Case**

The requested extension has no impact on the schedule for the case.

1 | For the foregoing reasons, City Defendants respectfully request that the Court grant their request to extend the time to respond to Plaintiff's Complaint from September 9, 2020 to October 9, 2020.

Dated: September 9, 2020

>   DENNIS J. HERRERA
>   City Attorney
>   MEREDITH B. OSBORN
>   Chief Trial Deputy
>   RAYMOND R. ROLLAN
>   Deputy City Attorney
>
>   By: */s/ Raymond R. Rollan*
>   RAYMOND R. ROLLAN
>
>   Attorneys for Defendants
>   JEFFREY TUMLIN AND CITY AND COUNTY OF SAN FRANCISCO

# PROOF OF SERVICE

I, ANITA MURDOCK, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the above-entitled action. I am employed at the City Attorney's Office of San Francisco, Fox Plaza Building, 1390 Market Street, Sixth Floor, San Francisco, CA 94102.

On September 9, 2020, I served the following document(s):

**DEFENDANTS' ADMINISTRATIVE MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**DECLARATION OF RAYMOND R. ROLLAN IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

on the following persons at the locations specified:

Marimar Cornejo
c/o 391 Ellis Street
San Francisco, CA  94102
Telephone:    415-767-6676
Email:           marimarcornejo95@gmail.com

*Plaintiff in Pro Per*

in the manner indicated below:

☒ **BY ELECTRONIC MAIL:** I caused a copy of such document to be transmitted *via* electronic mail in portable document format ("PDF") Adobe Acrobat from the electronic address:  anita.murdock@sfcityatty.org.

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed September 9, 2020, at Antioch, California.

*/s/ Anita Murdock*
ANITA MURDOCK