DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
NATASSIA KWAN, State Bar #294322
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4272 [Kwan]
Telephone:     (415) 554-3888 [Rollan]
Facsimile:      (415) 554-3837
E-Mail:          natassia.kwan@sfcityatty.org
E-Mail:          raymond.rollan@sfcityatty.org

Attorneys for Defendants
JEFFREY TUMLIN AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIMAR CORNEJO, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>JEFFREY TUMLIN, officially as Director of Transportation of the San Francisco Municipal Transportation Agency; the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; DAN SCANLAN, individually; TEGSCO, LLC d/b/a SAN FRANCISCO AUTORETURNL SAN FRANCISCO AUTORETURN, LLC; PACIFIC GAS AND ELECTRIC COMPANY; CAMERON A. HALE, in his capacity as CEO of ALVAH CONTRACTORS INC.; ALVAH CONTRACTORS INC., NELSONS TOW<br><br>    Defendants. | Case No. 20-cv-05813 CRB<br><br>**DECLARATION OF RAYMOND R. ROLLAN IN SUPPORT OF DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

## **DECLARATION OF RAYMOND R. ROLLAN**

I, Raymond R. Rollan, declare as follows:

1. I am a Deputy City Attorney in the Office of the City Attorney for the City and County of San Francisco ("Defendant"). I am the Deputy City Attorney assigned to the above-captioned matter. I have personal knowledge of the contents of this declaration, except where indicated otherwise, and I could and would testify competently thereto if called upon to do.

2. I was assigned this matter on September 2, 2020;

3. On February 25, 2020, San Francisco Mayor London Breed issued a Proclamation by the Mayor Declaring the Existence of a Local Emergency under Sections 8550, et seq. of the Government Code, Section 3.100(13) of the San Francisco Charter, and Chapter 7 of the San Francisco Administrative Code, establishing the existence of an emergency within the City and County of San Francisco due to the ongoing spread of COVID-19. On March 4, 2020, California Governor Gavin Newsom issued a Proclamation of a State of Emergency under Section 8625 of the California Government Code and the California Emergency Services Act, establishing the existence of a state of emergency throughout California due to COVID-19. On March 11, 2020, the Health Officer of the City and County of San Francisco declared that there is an imminent and proximate threat to public health from the introduction of COVID-19 in the City and County of San Francisco. Measures instituted by private and government entities to protect public health and limit the spread of COVID-19 include the suspension of work and the temporary closure of offices.

Consistent with other measures designed to protect public health and contain the pandemic, on March 15, 2020, San Francisco City Attorney Dennis Herrera directed employees to telework, effective March 16, 2020 until further notice.

4. The pandemic has tremendously impacted office operations and responsiveness. Defendants are still in the process of gathering and reviewing pertinent records in order to fully evaluate the claims raised in the Complaint.

5. Counsel for Defendants, Raymond R. Rollan, serves as lead counsel and is currently in a civil jury trial in San Francisco Superior Court, *Trinidad Chavez v. CCSF,* CGC-19-57384, which

commenced on August 31, 2020 and is still ongoing.  Additionally, Mr. Rollan serves as lead counsel in another civil jury trial in San Francisco Superior Court, *Sharon Brown/Jamila Swain v. CCSF*, CGC-17-558282, set for trial September 21, 2020-October 3, 2020. These obligations have impacted counsel's ability to meaningfully assess the merits of the case at this juncture.

6. On September 9, 2020, I called Plaintiff to inquire whether she would stipulate to an extension for Defendants to respond to Plaintiff's Complaint. Plaintiff did not answer her cell phone. Defense counsel has not had an opportunity to reach out to Plaintiff earlier due to trial obligations.

I declare under penalty of perjury of the laws of California that the aforementioned is true and correct.

Executed at San Francisco, California on this 9th of September, 2020.

　　　　　　　　　　　　　　　　　　*Raymond R. Rollan*
　　　　　　　　　　　　　　　　　　RAYMOND R. ROLLAN