DENNIS J. HERRERA, State Bar #139669
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
NATASSIA KWAN, State Bar #294322
RAYMOND R. ROLLAN, State Bar #304548
Deputy City Attorneys
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-4272 [Kwan]
Telephone:    (415) 554-3888 [Rollan]
Facsimile:     (415) 554-3837
E-Mail:         natassia.kwan@sfcityatty.org
E-Mail:         raymond.rollan@sfcityatty.org

Attorneys for Defendants
JEFFREY TUMLIN AND
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIMAR CORNEJO, an individual,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>JEFFREY TUMLIN, officially as Director of Transportation of the San Francisco Municipal Transportation Agency; the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY AND COUNTY OF SAN FRANCISCO; DAN SCANLAN, individually; TEGSCO, LLC d/b/a SAN FRANCISCO AUTORETURNL SAN FRANCISCO AUTORETURN, LLC; PACIFIC GAS AND ELECTRIC COMPANY; CAMERON A. HALE, in his capacity as CEO of ALVAH CONTRACTORS INC.; ALVAH CONTRACTORS INC., NELSONS TOW<br><br>　　　Defendants. | Case No. 20-cv-05813 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

1  The Court has considered Defendants' administrative motion and opposition, if any, and
2  finding good cause exists, the Court GRANTS the administrative motion to extend time to respond to
3  Plaintiff's Complaint. The Court orders that Defendants have until October 9, 2020 to file a response
4  to Plaintiff's Complaint.

5  
6  DATED:

7  
   _____ .
   THE HONORABLE CHARLES R. BREYER
8  UNITED STATES DISTRICT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28