

RECEIVED
JUN 02 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

SCANNED

Jamil Malik Bey
in propria persona, and in the capacity of Trustee
on Behalf of the Immortal Jamil Malik Bey Reversioner
Trust in Northwest Amexem
In care of: [391 Ellis Street
Via San Francisco, California Republic]
Zip Exempt, Without the United States
Nwabey360@protonmail.ch

Marimar Cornejo
c/o 391 Ellis Street
San Francisco, California 94102
Marimarcornejo95@gmail.com
415-767-6676
in propria persona

FILED

JUN 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*San Francisco*

| | |
|---|---|
| MARIMAR CORNEJO, an individual; Jamil Malik Bey, in propria persona and as Trustee for the Immortal Jamil Malik Bey Reversioner Trust in Northwest Amexem<br><br>Plaintiffs,<br><br>vs.<br><br>JEFFREY TUMLIN, officially as Director of Transportation of the San Francisco Municipal Transportation agency; the SAN FRANCISCO MUNICIPAL TRANSPORTATION AGENCY; CITY & COUNTY OF SAN FRANCISCO; DAN SCANLAN individually; TEGSCO LLC d/b/a SAN FRANCISCO AUTORETURN; SAN FRANCISCO AUTORETURN LLC; PACIFIC GAS AND ELECTRIC COMPANY; CAMERON A. HALE Individually and in his capacity as CEO of ALVAH CONTRACTORS INC.; ALVAH CONTRACTORS INC.; NELSONS TOW,<br><br>Defendants. | CASE NO. 20-CV-05813-CRB<br><br>**Jamil Malik Bey's Affidavit of Facts** |

Affidavit of facts for the purpose of Case management

## Done by light of Day June 2, 2021

I, the undersigned natural person, on the high principles of love, truth, peace, freedom, and justice, do declare the following facts to be true to the best of my knowledge, and within my personal knowledge, and not done to mislead or hinder the effective administration of justice, to wit:

Peace and Greetings, the purpose of this affidavit of facts is to update the Record for the effective administration of justice. I the undersigned party of interest, therefore, give notice to all other parties of interest that due to specific circumstances outside of our control, which arose during the pendency of this instant action, and other unlawful crimes being perpetrated against us which have been ongoing, Plaintiff Marimar Cornejo and myself were unable to respond to the order of the court done on February 12, 2021.

We are grateful for the courts appearance of impartiality and were intending to speedily prosecute this action, however an emergency occurred, and has been ongoing during the course of a year, which a substantial role in the creation of this emergency was the result of conduct carried out by employees/agents of Defendant CITY AND COUNTY OF SAN FRANCISCO, by and through its employees, agencies, or contractors, and as direct result thereof, we were unlawfully threatened by the aforementioned persons, wrongfully persecuted in bad faith based on personal prejudice, and were deprived of our home and access to our property along with our at the time, 10-month-old son, when we were in good standing, and were faithfully performing any obligations owing by us, or were excused from doing so, at the time of the unlawful acts, and we were involuntarily compelled to spend approximately $250 per day for several weeks on temporary housing and other cost which has made it impossible for us to respond over the several months as a result of 1 year of harassing vexatious litigation against us by Abigale Bhoopsingh, and her Attorney, who were maliciously retaliating against us for raising habitability issues and for requesting a copy of a 'master lease agreement' which we are entitled to.

We have been depleted of our savings and were compelled to sign a lease for the term of 1 year, costing us $26,340 over the duration of the term. In addition, we have been intentionally deprived of a court of law or equity and a Trial by jury at the Superior Court of California. Employees/agents of CCSF have assisted Abigale and her attorney perpetrate acts of cruelty, and bad faith attacks against our honour, reputation, home, and family, and have ignored all of our verbal and written communications asking for investigations into this perjury among other things, showing disregard for our fundamental human rights which are recognized in the Constitution for the United States of America.

We intend to return to the prosecution of this action shortly although we are left with a new burden to repair our name and credit from the irreparable harm done by the aforementioned persons. Defendants therefore cannot complain about any delay which occurred as a result of their acts or omissions as stated above, and we must be entitled to relief from any deadlines.

Made under penalty of perjury under the laws of the de jure united States of America.

In honor,

I am: ___Jamil Malik Bey___
Jamil Malik Bey: Affiant / Creditor / Trustee

In propria persona, sui juris, and as trustee on behalf of the Immortal Jamil Malik Bey Reversioner Trust in Northwest Amexem.

RECEIVED
2021 JUN -2 P 1:22
SUSAN Y. SOONG
CLERK, US DISTRICT COURT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness accuracy, or validity of that document.

STATE OF CALIFORNIA COUNTY OF San Francisco
Subscribed and sworn to (or affirmed) before me on this 2nd day of June, 2021 by Jamil Malik Bey proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Lou M. Fong-Wang_
(Signature of Notary)

LOU M. FONG-WANG
COMM. # 2240803
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
MY COMM. EXP. MAY 30, 2022