IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIMAR CORNEJO, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>JEFFREY TUMLIN, et al.,<br><br>    Defendants. | Case No. 20-cv-05813-CRB<br><br>**JUDGMENT** |

Having granted Defendants' motions for summary judgment and denied Plaintiffs' motion for summary judgment, <u>see</u> Order (dkt. 101), the Court hereby enters judgment for Defendants and against Plaintiffs.

**IT IS SO ORDERED.**

Dated: April 26, 2024

CHARLES R. BREYER
United States District Judge